# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

UNITED STATES OF AMERICA THE
INDIANA THE STATE OF

      Plaintiffs

  v.

                                                                Civil Action No.  2:23-cv-166

BP PRODUCTS NORTH AMERICA INC.

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff _____
recover from the defendant _____ the amount of _____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-Judgment
interest at the rate of _____ % along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____
recover costs from the plaintiff _____.

_X_ Other:  The Court APPROVES the Consent Decree which shall constitute a final judgment as to the United States of America, State of Indiana, and BP Products North America Inc., FINDS that there is no just reason for delay and ENTERS this judgment as a final judgment under Fed. R. Civ. P. 54 and 58.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P Simon on an Unopposed Motion to Enter Consent Decree by The United States of America.

DATE: 8/15/2023                              CHANDA J. BERTA, CLERK OF COURT

                                                                              by   s/ M. Murray_____
                                                                              *Signature of Clerk or Deputy Clerk*